**Joseph D. THORNBLAD, Appellant,**

v.

**Linda ANDERSON, Commissioner of Human Services; Kathy Meade Hebert, Minnesota State Attorney General's Office, Appellees.**

No. 04–2302.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 6, 2004.

Decided Aug. 12, 2004.

Joseph D. Thornblad, St. Peter, MN, pro se.

Michael A. Hatch, St. Paul, MN, for Defendants–Appellees.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

Joseph D. Thornblad appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint as barred by *Rooker–Feldman*.[2] After careful de novo review, see *Charchenko v. City of Stillwater*, 47 F.3d 981, 982–83 (8th Cir.1995), we agree with the district court that the action was *Rooker–Feldman*-barred because Thornblad's federal complaint raised constitutional challenges already decided by the Minnesota state courts. *See Lemonds v. St. Louis County*, 222 F.3d 488, 492 (8th Cir.2000) (except for habeas petitions, lower federal courts lack jurisdiction over attacks on state court judgments), *cert. denied*, 531 U.S. 1183, 121 S.Ct. 1168, 148 L.Ed.2d 1026 (2001); *Charchenko*, 47 F.3d at 983 (to evaluate whether *Rooker–Feldman* bars federal suit, federal court must determine what state court held and whether relief requested would void state court ruling or require determining it was wrong).

Accordingly, we affirm, *see* 8th Cir. R. 47A(a), except we modify the dismissal to be without prejudice. We also deny Thornblad's motion for appointment of

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

2. *See Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923); *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).

counsel and motion to retrieve the state court record.